AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court
## Western District of Texas

JOHN J. PALMER,
Plaintiff

v.

ROSARIO ADAMS, STEPHANIE OCHOA,
ERIKA GARCIA-RDZ, GAMMAIEL GARCIA
UNITED STATES DEPARTMENT OF
VETERANS AFFAIRS et al, AGENCY,
Defendants

JUDGMENT IN A CIVIL CASE

CASE NUMBER: DR-24-CV-0065 AM

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

It is hereby ORDERED that the Plaintiff's case be DISMISSED WITHOUT PREJUDICE

September 8, 2025
Date



Philip J. Devlin
Clerk

(By) Deputy Clerk